**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Cleveland McLEAN, Jr., a/k/a Junior, a/k/a June, Defendant–Appellant.**

No. 00–6670.

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 16, 2001.

Decided Jan. 31, 2001.

Cleveland McLean, Jr., pro se. Laura Marie Everhart, Assistant United States Attorney, Norfolk, VA, for appellee.

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

PER CURIAM.

Cleveland McLean, Jr., seeks to appeal the district court's order denying his motion, which the court construed as a 28 U.S.C.A. § 2255 (West Supp.2000) motion. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate

of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. McLean,* No. CR–90–105 (E.D.Va. Mar. 14, 2000). We also deny McLean's motions to vacate the district court's order and for attorney's fees. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*